# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD BAURCZARSKI,                    :
                                        :
                        Plaintiff,      :
                                        :
        v.                              :       3:14-CV-01794
                                        :       (JUDGE MARIANI)
JOHN L. CHOMYN,                         :
WILLIAM T. O'KEEFE, ESQUIRE,            :
MICHAEL P. MCCANN, ESQUIRE,             :
and O'KEEFE and MCCANN LLP,             :
                                        :
                        Defendants.     :
                                        :

## ORDER

**AND NOW, THIS 9TH DAY OF JULY, 2015**, upon consideration of Plaintiff's "Motion to

Remand the Within Matter to the Pike County Court of Common Pleas Pursuant to 28 U.S.C.A.

§§ 1446 and 1447" (Doc. 5) and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion (Doc. 5) is **GRANTED**.

2. The case is **REMANDED** to the Court of Common Pleas for Pike County, PA.

3. Plaintiff's "Motion to Stay Proceedings Pending Decision on Jurisdiction and Motion to

   Remand" (Doc. 9) is **DENIED AS MOOT**.

4. The Clerk of Court is **DIRECTED** to close the federal case.

Robert D. Mariani
United States District Judge